UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>     v.                                                    )<br>DARNELL JACKSON, ET. AL              )<br>Defendants.                                        ) | CRIMINAL NO. 06-227 (RBW) |

### GOVERNMENT'S MOTION PURSUANT TO FED. R. EVID. 615(2)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to allow FBI Special Agent Timothy Ervin, as the government's designated investigative agent, to remain at counsel table throughout the trial in the above captioned criminal case.

Rule 615 of the Federal Rules of Evidence provides generally that, upon request of a party, the Court shall exclude witnesses from the courtroom. The second exception to the rule, however, expressly permits the presence of "an officer or employee of a party which is not a natural person designated as its representative by its attorney." Fed. R. Evid. 615(2). This exception to the general rule against witnesses applies to investigative agents, such as FBI agents and police detectives. Fed. R. Evid. 615 (advisory notes). See United States v. Farnham, 791 F.2d 331, 334-35 (4th Cir.1986) (under Rule 615(2) a district court may allow the government's investigating agent to remain in the courtroom throughout the proceedings, even if he is expected to testify). This exception to the rule does not require the government to establish that the agent's presence is essential to the presentation of the case; that requirement applies solely to the third exception listed in the rule. The government, therefore, avers that it may have an investigative agent present in the courtroom, even if the agent will testify.

WHEREFORE the Government requests that this Court allow S.A. Timothy Ervin to remain at counsel table during the trial.

        Respectfully Submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        DISTRICT OF COLUMBIA

By:_____
        S. ELISA POTEAT
        Bar No.: 420-604
        Phone: (202) 514-7067
        EMORY V. COLE
        Assistant U.S. Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing <u>Notice</u> has been mailed on this, the 30th day of September, 2007, to the following attorneys:

                                                                                      _____
                                                                                   S. ELISA POTEAT
                                                                                   ASSISTANT U. S. ATTORNEY

Defense Counsel:

1)   Mr. Howard Bernard Katzoff, Esq.
      Counsel for Defendant Lawrence Bryant
      katzoffh@aol.com

2)   Mr. James W. Rudasill, Jr., Esq.
      Counsel for Defendant John Downs
      rudasilljr7@aol.com

3)   Mr. Nathan Silver, Esq.
      Counsel for Defendant Darnell Jackson
      nisquire@aol.com

4)   Mr. Rudy Acree, Esq.
      Counsel for Defendant Bernie Hargrove
      Faxed to 202-331-7004

5)   Mr. Jensen Barber, Esq.
      Counsel for Defendant Keith Roots
      jebarber@aol.com

6)   Mr. Gary Sidell, Esq.
      Counsel for Defendant Lanika Mercedes Franklin
      suitcase@verizon.com

7)   Mr. Harry Tun
      Counsel for Defendant Troy Chavious
      Tunharry@aol.com

8) Mr. Steven J. McCool
Attorney for Defendant Damon Dixon
smccool@mallonandmccool.com

9) Mr. Cary Clennon
Attorney for Defendant Troy Hopkins
Clennon_law@comcast.net

10) Mr. Eduardo Balarezo
lawoffice@balarezo.net