UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 10 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 06-227 (RBW) |
| ) | |
| LAWRENCE BRYANT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Bruce Dickerson is a photography student currently enrolled in an evening photography class and a juror (Juror No. 8) in the above-captioned criminal trial being tried before this Court. To facilitate Mr. Dickerson's participation as a juror and to ensure that he is able to attend his evening photography class with the required photography equipment, it is

**ORDERED** that Bruce Dickerson shall be permitted to bring his camera with him into the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, DC 20001 (the "Courthouse"), for the duration of his service as a juror in the above-captioned case so that he will have his camera available for his evening photography class. It is further

**ORDERED** that Mr. Dickerson shall, upon entering the Courthouse, deliver or have his camera delivered to this Court's chambers, where it shall remain for safekeeping until the trial of this case is adjourned for the day, at which time the camera shall be returned to Mr. Dickerson. It is further

1

**ORDERED** that Mr. Dickerson shall not use his camera to take photographs while he is inside the Courthouse.

**SO ORDERED** this 3rd day of October, 2007.

/s/ Reggie B. Walton<br>
REGGIE B. WALTON<br>
United States District Judge